UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Magistrate Number |
| ) | 09-mj-0495-RBC |
| RICHARD N. WILLIE, ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S MOTION TO SEAL COMPLAINT**

Now comes the United States of America, by its attorneys, Michael K. Loucks, Acting United States Attorney for the District of Massachusetts, and Aloke Chakravarty and Jeffrey Auerhahn, Assistant U.S. Attorneys, and hereby moves to seal this motion, the above captioned complaint and supporting affidavit, and any other paperwork related to this matter until the execution of the warrant related to the complaint or further order of this Court. As grounds, the government states that public disclosure of these materials could jeopardize the ongoing investigation of this case.

ALLOWED;
SO ORDERED
OCT 29 2009

Respectfully submitted,

MICHAEL K. LOUCKS
United States Attorney

By: _____
Aloke S. Chakravarty
Jeffrey Auerhahn
Assistant U.S. Attorneys

Date: October 29, 2009